25-1668

_____

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

LINDELL BRISCOE, *et al.*,              )
                                        )
          Appellants,                   )
                                        )
v.                                      )
                                        )
ST. LOUIS COUNTY, *et al.*,             )
                                        )
          Appellees.                    )

**APPELLANTS' DESIGNATION OF RECORD FILED**

All Appellants, by counsel W. Bevis Schock and Erich Vieth, designate the

record filed as:

| Docket No. | Description |
|---|---|
|  | Docket Sheet |
| 1 | Complaint |
| 10 | Motion to Dismiss Complaint |
| 22 | Order Granting Motion to Dismiss |
| 21 | Memorandum and Order Granting Motion to Dismiss |

Respectfully Submitted,

   /s/ W. Bevis Schock   .              /s/ Erich Vieth
 W. Bevis Schock, 32551MO          Erich Vieth, 29850MO
 7777 Bonhomme Ave., Ste. 1300     20 South Sarah Street

St. Louis, MO  63105           St. Louis, MO 63108
wbschock@schocklaw.com         erichviethattorney@gmail.com
cell:    314-757-0604          Voice: (314) 604-3454
office: 314-726-2322           Fax: (314) 310-1181
Attorney for Plaintiff         Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned certifies that on April 17, 2025, he served this document on:
All counsel of record, by electronic filing.

   /s/ W. Bevis Schock   .